## THE SCHNEIDER GRANITE COMPANY v. GAST REALTY AND INVESTMENT COMPANY, Appellant.

**Division Two, June 23, 1914.**

Appeal from Jackson Circuit Court.—*Hon. Thos. J. Seehorn*, Judge.

AFFIRMED.

*Johnson, Rutledge & Lashly* for appellant.

*Rodgers & Koerner* and *Hickman P. Rodgers* for respondent.

WILLIAMS, C.—The controlling facts of this case are in every particular substantially the same as those involved in the case of The Schneider Granite Company v. Gast Realty & Investment Company and Emily Gast, decided by Division Two of this court at the present term and reported at page 153, *ante.* The conclusions reached in that case are controlling in this and for the reasons therein stated it is ordered that the judgment in the present case be affirmed. *Roy, C.,* concurs.

PER CURIAM.—The foregoing opinion of WIL-LIAMS, C., is adopted as the opinion of the court. All the judges concur.